UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Justin J. Lerma**,<br><br>            Plaintiff,<br><br>v.<br><br>**Jon Lee Arends**, an individual, **URS Federal Support Services, Inc.**, a business entity, and **DOES 1 through 20**, inclusive,<br><br>            Defendants. | Case No. 1:11-cv-00533-LJO- MJS<br><br>**Stipulation and Proposed Order to Change the Mandatory Scheduling Conference Date** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the Mandatory Scheduling Conference scheduled for Thursday, June 30, 2011, at 10:00 a.m., in courtroom 6, shall be re-scheduled for Thursday, June 23, 2011, at 1:30 p.m., in courtroom 6.

/s/ Andrea Nicole de Koning

Andrea Nicole de Koning
Seyfarth Shaw LLP
560 Mission Street, 31st Floor
San Francisco, California 94101
(415) 397-2823

Dated: April 25, 2011

/s/M. Greg Mullanax

M. Greg Mullanax
Law Office of M. Greg Mullanax
2140 N Winery Avenue, Suite 101
Fresno, California 93703
(559) 420-1222

Dated: April 25, 2011

**ORDER**

IT IS SO ORDERED.

Dated:   April 28, 2011           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE