1  LAW OFFICE OF M. GREG MULLANAX
   M. Greg Mullanax (SBN 155138)
2  greg@mgmatty.com
   2140 N. Winery Ave., Suite 101
3  Fresno, CA 93703
   Telephone: (559) 420-1222
4  Facsimile: (559) 354-0997

5  Attorneys for Plaintiff
   JUSTIN J. LERMA
6
   SEYFARTH SHAW LLP
7  Francis J. Ortman, III (SBN 213202)
   fortman@seyfarth.com
8  Andrea Nicole de Koning (SBN 253715)
   adekoning@seyfarth.com
9  560 Mission Street, 31st Floor
   San Francisco, California 94105
10 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
11
   Attorneys for Defendant
12 URS FEDERAL SUPPORT SERVICES, INC.

13 DOWLING, AARON & KEELER, INC.
   Mark D. Kruthers (SBN 179750)
14 mkruthers@daklaw.com
   Matthew T. Besmer (SBN 269138)
15 mbesmer@daklaw.com
   8080 North Palm Avenue, Third Floor
16 P.O. Box 28902
   Fresno, CA 93729-8902
17 Telephone: (559) 432-4500
   Facsimile: (559) 432-4590
18
   Attorneys for Defendant
19 JON LEE ARENDS

20                  UNITED STATES DISTRICT COURT

21                EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JUSTIN J. LERMA, | Case No. 1:11-cv-00533-LJO-MJS |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ]** |
| v. | |
| JON LEE ARENDS, an individual, URS FEDERAL SUPPORT SERVICES, INC., a business entity, and DOES 1 through 20, inclusive, | |
| Defendant. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Justin Lerma and Defendants
2    URS Federal Support Services, Inc., a Delaware Corporation, and Jon Arends, an individual,
3    through their respective counsel of record, that the above-captioned matter (Plaintiff's entire
4    First Amended Complaint and all causes of action contained therein) be dismissed WITH
5    PREJUDICE pursuant to FRCP 41(a)(1).
6    Each party will bear its own fees and costs in connection with this action.
7    **IT IS SO STIPULATED.**

DATED:  March 28, 2012                      LAW OFFICE OF M. GREG MULLANAX

                                            By:  ___/S/ M. Greg Mullanax___
                                                 M. Greg Mullanax
                                            Attorneys for Plaintiff
                                            CARLOS MANUEL LERMA

DATED:  March 29, 2012                      SEYFARTH SHAW LLP

                                            By:  ___/S/ Andrea Nicole de Koning___
                                                 Francis J. Ortman
                                                 Andrea Nicole de Koning
                                            Attorneys for Defendant
                                            URS FEDERAL SUPPORT SERVICES, INC.

DATED:  March 29, 2012                      DOWLING, AARON & KEELER, INC.

                                            By:  ___/S/ Mark D. Kruthers___
                                                 Mark D. Kruthers
                                                 Matthew T. Besmer
                                            Attorneys for Defendant
                                            JON LEE ARENDS

///
///
///
///
///
///

**ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 29, 2012**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE